IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| CATERINA VARRASSO,<br><br>Plaintiff,<br><br>v.<br><br>THE HOME DEPOT, INC. and DECORA CABINETS, a Subsidiary of Masterbrand Inc.,<br><br>Defendants. | ) ) ) ) ) ) ) ) ) ) ) | Civil Action No. 17-1226 |

MEMORANDUM ORDER SETTING

PRELIMINARY CONFERENCE OF COUNSEL

The above case has been assigned to me for all further proceedings.   Pursuant to Local

Rules 16.1 and 16.2, an initial case management conference will be conducted to discuss

narrowing of the issues, the extent of pretrial preparation, discovery procedures, the early

disposition of controlling questions of law, the probable extent of provable damages, the

possibility of settlement, and the designation of an Alternative Dispute Resolution process

pursuant to the form attached hereto as Exhibit A.    **Chief trial counsel and the parties/principals with full settlement authority shall attend.**    Counsel and the parties should be prepared to discuss settlement as well as Alternative Dispute Resolution.

The Conference in this case will be held on <u>Wednesday, October 11, 2017 at 11:00 a.m.,</u> in Courtroom 5B, Fifth Floor of Joseph F. Weis, Jr. U.S. Courthouse, 7th Avenue and Grant Street, Pittsburgh, PA 15219.

As required by Rule 26(f) of the Federal Rules of Civil Procedure, the parties must, as soon as practicable and in any event at least 21 days before <u>October 11, 2017</u>, the date set forth above for the initial case management conference, "confer to consider the nature and basis of their claims and defenses and the possibilities for a prompt settlement or resolution of the case, to make or arrange for the disclosures required by Rule 26(a)(1), and to develop a proposed discovery plan[]"  <u>See</u> Fed.R.Civ.P. 26(f).  Pursuant to Rule 26(f), the attorneys of record and all unrepresented parties that have appeared in the case are jointly responsible for filing with the Court a written report outlining their discovery plan. (A Rule 26(f) Report Form is attached hereto as Exhibit B).  *This court requires strict compliance with Rule 26.*

The Stipulation Selecting ADR Process, attached at Exhibit A, and the Rule 26(f) Report

Form, attached as Exhibit B, as well as, if appropriate, any Expedited Docket Stipulation (see

copy of form at link referenced below), shall be filed on or before October 4, 2017.

Counsel should be familiar with this Court's Practices and Procedures (see Court

Practices and Procedures at www.pawd.uscourts.gov, link "court practice".).   If the parties

stipulate to participate in the Court's Expedited Civil Litigation Program, counsel shall comply

with the provisions of said program (http://www.pawd.uscourts.gov/Pages/expedite.htm).


SO ORDERED this 27th day of September, 2017.


s/Nora Barry Fischer

Nora Barry Fischer

United States District Judge


cc/ecf:        Counsel of record

3