IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

CATERINA VARRASSO          :
        Plaintiff,       :
                      :    No.    2:17-cv-01226-NBF
        v.              :
                      :
HOME DEPOT U.S.A., INC. and   :
MASTERBRAND CABINETS, INC.  :
        Defendants.     :
_____

### DEFENDANTS HOME DEPOT U.S.A., INC. AND MASTERBRAND CABINETS, INC.'S MOTION FOR SUMMARY JUDGMENT

Defendants, Home Depot U.S.A., Inc. ("Home Depot") Masterbrand Cabinets, Inc. ("Masterbrand") (collectively, "Defendants"), by their attorneys High Swartz LLP, move for summary judgment against Plaintiff, Caterina Varrasso ("Varrasso"), as follows:

1.     Plaintiff filed a lawsuit against Defendants relating to alleged incorrect finish and wood type of kitchen cabinets that she purchased for her property at 4769 Oakhurst Drive, Gibsonia, PA 15044.

2.     Plaintiff alleges two causes of action: Breach of Contract and violation of the Unfair Trade Practices and Consumer Protection Law ("UTPCPL").

3.     Summary judgment is proper because Plaintiff accepted the cabinets pursuant to the Pennsylvania Uniform Commercial Code.  13 Pa.C.S. § 2606

4.     Defendants incorporate by reference as if set forth at length their Brief in Support of Their Motion for Summary Judgment which is being filed simultaneously with this motion.

WHEREFORE, for all of the reasons set forth above and in Defendants' Brief, Defendants respectfully request that this Court grant summary judgment in its favor and against Plaintiff.

1

2

HIGH SWARTZ LLP


By:_____

    Kevin Cornish, Esquire
    kcornish@highswartz.com
    40 East Airy Street
    Norristown, PA 19404
    610-275-0700
    610-275-5290 (fax)
    Counsel for Defendants
    Home Depot U.S.A., Inc. and
    Masterbrand Cabinets, Inc.

Date: April 18, 2018

2