IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

CATERINA VARRASSO                            :
       Plaintiff,                          :
                                             :        No.    2:17-cv-01226-NBF
       v.                                  :
                                             :
THE HOME DEPOT, INC. and                     :
DECORA CABINETS, A SUBSIDIARY                :
OF MASTERBRAND INC.                          :
       Defendants.                         :

## CERTIFICATE OF SERVICE

I, Kevin Cornish, attorney for Defendants The Home Depot, Inc. and Masterbrand, Inc., hereby certify that on April 18, 2018, I served a true and correct copy of the foregoing Motion for Summary Judgment, Brief in support and Statement of Material Facts on behalf of Defendants The Home Depot, Inc. and Masterbrand, Inc. to be filed and served upon:

Robert  E. Pendergast, Esquire
541 Lincoln Avenue
Pittsburgh, PA 15202

via the electronic court filing (ECF) system for the U.S. District Court for the Western District of Pennsylvania and is available for viewing and downloading.

HIGH SWARTZ LLP

By:  _____
Kevin Cornish, Esquire
Attorney for Defendants

Date: April 18, 2018