IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

CATERINA VARRASSO                          :
          Plaintiff,                          :
                                     :     No.    2:17-cv-01226-NBF
          v.                          :
                                       :
HOME DEPOT U.S.A., INC. and               :
MASTERBRAND CABINETS, INC.                :
          Defendants.                         :
_____

**ORDER**

AND NOW, this _____ day of _____, 2018, upon

consideration of Defendants' motion for summary judgment and Plaintiff's response thereto, it is

ORDERED that the motion is granted.  Summary judgment is entered in favor of Defendants and

against Plaintiff.

                                   BY THE COURT:

                                   _____

                                   Nora Barry Fischer, J.