IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

CATERINA VARRASSO,

        Plaintiff,

        v.

THE HOME DEPOT INC. and DECORA
CABINETS, A SUBSIDIARY OF
MASTERBRAND INC.,

        Defendants.

No.    2:17-cv-01226-NBF

## CERTIFICATE OF SERVICE

I, Robert E. Pendergast, attorney for the Plaintiff. Caterina Varrasso hereby certify that on Friday, May 18, 2018, I served a true and correct copy of the foregoing Response to Motion for Summary Judgment, Brief in support and Material Facts on Behalf of the Plaintiff Caterina Varrasso to be filed ans served upon.

    Kevin Cornish , Esquire
    High Swartz LLP
    40 East Airy Street
    Norristown, PA 19404

via electronic court Filing (ECF) for the U.S. District Court for the Western District of Pennsylvania and is available for veiwing and download.

                    Robert E. Pendergast, Esquire
                    Attorney for Plaintiff, Caterina Varrasso

Date: May 18, 2018