IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

CATERINA VARRASSO,

       Plaintiff,

       v.

THE HOME DEPOT INC. and DECORA
CABINETS, A SUBSIDIARY OF
MASTERBRAND INC.,

       Defendants.

No.    2:17-cv-01226-NBF

## ORDER

AND NOW, this _____ day of _____, 2018, upon consideration of the Defendants' motion for summary judgment and Plaintiff's response thereto, it is ORDERED that the motion is denied. Defendant's motion ofr Summary Judgment is hereby dismissed.

BY THE COURT:

_____J
Nora Barry Fischer