6.    Admitted in part; denied in part. Defendants admit that they act through their agents. Defendants deny the allegations of this paragraph because they are vague and it is not known who Plaintiff is referring to.

7.    Admitted in part; denied in part. Home Depot sold the cabinets. Masterbrand manufactured the cabinets.

8.    Admitted in part; denied in part. Defendants admit that Home Depot made the alleged representations. Defendants deny that Masterbrand made such representations.

9.    Admitted in part; denied in part. Home Depot sold the cabinets. Masterbrand manufactured the cabinets.

**JURISDICTION AND VENUE**

10.    Admitted. However, this case has been removed to Federal Court.

11.    Admitted. However, this case has been removed to Federal Court.

10. [sic]    Admitted. However, this case has been removed to Federal Court.

**FACTUAL BACKGROUND**

11.[sic]    Denied. Defendants lack knowledge or information sufficient to form a belief as to the truth of this allegation and therefore it is denied.

12.    Admitted in part; denied in part. Defendants admit that Plaintiff consulted with C.J. at Home Depot regarding the purchase of cabinets and received estimates. Defendants deny that Plaintiff ordered cherry cabinets.

13.    Admitted in part; denied in part. Defendants admit that Home Depot had exemplars available for viewing in the store. Defendants cannot verify what exemplars Plaintiff viewed. However, Home Depot arranged for a maple wood cabinet with teaberry finish to be shipped to Plaintiff.

14.    Admitted in part; denied in part. Defendants admit that Plaintiff ordered cabinets from Home Depot. Defendants deny that Plaintiff ordered or wanted cherry cabinets. Plaintiff ordered maple cabinets because they are less expensive than cherry cabinets.

15.    Admitted in part; denied in part. Defendants admit that Home Depot prepared drawings of the kitchen cabinets. Defendants deny that the document attached as Exhibit "A" is a drawing that Home Depot prepared.

16.    Admitted.

17.    Admitted in part; denied in part. Plaintiff paid Home Depot. Plaintiff did not pay Masterbrand.

18.    Denied. Defendants deny the allegations of this paragraph.

19.    Denied. Defendants deny the allegations of this paragraph.

20.    Denied. Defendants deny the allegations of this paragraph. The cabinets were directly shipped to Plaintiff and not to the Allison Park store.

21.    Denied. Defendants deny the allegations of this paragraph. As the cabinets were directly shipped to Plaintiff, Home Depot could not hold the cabinets.

22.    Denied. Defendants deny the allegations of this paragraph. As the cabinets were directly shipped to Plaintiff, Home Depot could not hold the cabinets.

23.    Denied. Defendants lack knowledge or information sufficient to form a belief about the truth of this paragraph and therefore it is denied.

24.    Denied. Defendants lack knowledge or information sufficient to form a belief about the truth of this paragraph and therefore it is denied.

24. [sic].    Denied. Defendants deny the allegations of this paragraph. There is no document attached as Exhibit "D" to the Complaint.

3