Q. And the color?

A. And color, but I didn't give her any name of the color. I just asked her what was the sample, the color that was on the sample.

Q. Okay. Go ahead.

A. And the wood. The wood, I said I specifically want a Cherry kitchen.

Q. Okay. And how many samples did you see that day?

A. Oh, there was plenty of samples in Home Depot, but I fell in love with the one that I had that I saw there and she said that Decora was one of the best kitchens and so that's what I decided to do.

Q. And I understand that and I understand they had lots of samples.

A. Yes.

Q. More specifically, did she bring you a number of actual samples or did she bring you --

A. No, I had gone in there before without her and I picked up the sample and then when I finally went there, I had to make an appointment to meet with her, I said, this is what I want (indicating). And then she said, I have to come

she does a design?

A. I had discussed with her. I wanted pull-out drawers inside the cabinets and she didn't have any of those. And she said, oh, that's easy, we'll just add that on. And where there were doors, there were drawers. Where there was supposed to be doors, there were -- so it wasn't -- like the kitchen, it wasn't like -- I like to cook. I'm Italian and we have big dinners and it wasn't like if you're standing there that you grab this and it comes out really nice, it was awkward. So we moved things around, we tweaked it and then I said, okay, that was perfect.

Q. So you discussed these various changes?

A. Yes.

Q. And then you left the store?

A. Yes.

Q. And she called you to come and look at the changes that she made?

A. Yes.

Q. How long between this first time?

A. See it was a long procedure, because she would make appointments and then I would go there, oh, my computer is down, it's not working. My computer is not working, can you come back at 2:00

A.    What was his name?

Q.    I'm just asking you, if you don't remember, you don't remember.

A.    I just can't remember.

Q.    That's okay.

A.    His name was Blake, Sismour Construction.

Q.    Was this somebody that was referred to you by Home Depot, the installer?

A.    No, he wasn't the installer, he wasn't from Home Depot.

Q.    Did you get the name from somebody at Home Depot?

A.    No.

Q.    Had you used this company or individual before?

A.    Yes.  He was doing a lot of the wood-work for us at the house.

Q.    Tell me what happened then when the installation began?

A.    Well, when the installation began I had to run some errands and so Sismour Construction, they brought -- he had three guys there working and they started putting the kitchen I guess out of the boxes.  By the time I came back some of the

kitchen cabinets, they were on the wall.  But before that, he asked me that morning, he said, where is the, what do you call it, the layout of the kitchen?  And I gave him the pictures that C. J. had given me for the kitchen.  And he said, no, no, I need the one that has all the numbers. I said, well, you know, call C. J., and she sent them all that information.

Q.    Who did she send it to?

A.    I guess at the house.  I don't know if she sent it to my daughter or if she sent it to Blake from Sismour Construction.  And at that particular time he even said, I don't see any long boxes for the trim work here, and C. J. said, oh, they're ordered, they're on their way.  They never came.

Q.    The drawings, you said you gave Sismour drawings that morning?

A.    Yes.

Q.    When did you get those drawings?

A.    I had those from when I left Home Depot.

Q.    Back in April?

A.    Yes.

Q.    Can you flip to Exhibit A of your Complaint.  It looks like this (indicating.)

Q.    So Sismour attempted to install the cabinets?

A.    Yes.

Q.    And then you came back to the property?

A.    Yes.

Q.    And they said that there was no long box with trim?

A.    Yes.

Q.    Any other problems that they informed you about?

A.    Well, he tried to put the island together, we had -- he couldn't put the island together at all.

Q.    Okay.  Any other problems?

A.    This part here (indicating) is supposed to be a little display where I keep my nice china and things like that.  Instead of being long cabinets, they were short cabinets.  Instead of having glass inside, it had wood shelves.  Instead of being a clear glass, it was a smoked glass, which I never asked for smoked glass.  For me, this is a display, a display.  Because back here (indicating) we have a table that seats ten and there's a little refrigerator that would go in between, so all this was wrong.  Inside the

cabinets, I didn't have any pull-out drawers.  I'm seventy-two years old and I didn't want to bend to get something out, I just wanted the pull-out drawers.  And none of that was in there.  I asked for a recycle bin, which in Hampton where we live you have to recycle, she just gave me a regular garbage bin.

Q.    Did you reach out to anybody at Home Depot?

A.    Right away.  I went to Home Depot.

Q.    And who did you meet with?

A.    I can't remember, the manager, I asked for the manager.  I went there crying.  And she said, no, don't worry, we'll take care of this, we'll take care of this.  And the next day she came to the house.

Q.    Do you remember what that person's name was?

A.    I cannot remember.  I was in such upset, I was so upset that I --

Q.    Does Pam Narvett sound familiar?  Pamela Narvett?

A.    Yes.

Q.    Is that who you spoke with?

A.    Yes.

53

Q.    When was this, was this after the installation?

A.    Yes, that was after the installation.

Q.    Okay.  So how did you find out that it wasn't Cherry?

A.    She brought in a gentleman that was working, he's a representative in the Kitchen Department, which I cannot remember his name, and he said, in order for you to find out if this is a kitchen -- Cherry or Maple, you need to cut this. And then he said, if the shavings are red it's Cherry.  He said, if the shavings are a light color, white, creamy, whatever, he said, then it's not a Cherry cabinet.  And I said, but I'm cutting this cabinet sample.  And he said, well, we'll pay for it.  And we did that.  And it was not -- it turned out to be the sample was a Cherry sample, not Maple.

Q.    And when did this occur?

A.    While all this was going on --

Q.    Was it the same day?

A.    -- with Home Depot.

Q.    Was it the same day that Home Depot came out to look at the cabinets?

A.    No, it was in between there.  At that