IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

CATERINA VARRASSO,

     Plaintiff,

     v.                           No.    2:17-cv-01226-NBF

THE HOME DEPOT INC. and DECORA
CABINETS, A SUBSIDIARY OF
MASTERBRAND INC.,

     Defendants.

## AFFIDAVIT IN SUPPORT OF PLAINTIFFS OPPOSITION TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT

I, **Caterina Varrasso**, being duly sworn according to law, depose and say that:

1. I am the plaintiff in the above captioned matter.

2. I am a seventy three year old widow.

3. I am not physically capable of unboxing the kitchen cabinets in question.

4. When I ordered the cabinets on April 10, 2016, I ordered cherry wood cabinets with what I believe to be Teaberry finish. The kitchen designer from Home Depot C.J. Scheff told me that the order would match the exemplar and that it was cherry wood in material.

5. In June of 2016, I received the cabinets, that are the subject of Civil Action we were not prepared to install them and Home Depot would not keep them until they were ready. At that time I believed that they were the correct finish and type of wood and did not initially inspect them.

6. I advised Home Depot that we were not ready to accept the kitchen cabinets.

7. They forced me to take them threatening to charge me ten dollars per day per box which amounted to more than three hundred dollars per day.

8. We kept the cabinets in their boxes in the garage because I did not want them to be damaged before it was time to install them.

9. It was not until the cabinets were installed on or about August 4, 2016 that I became aware that they were the wrong configuration of cabinets. Without the installation, I would have never known that what was in the boxes did not match my original design schematic. Because the finishes were similar I was not sure whether it was correct at that time.

10. Although I am now sure that the wood type is incorrect Maple instead of cherry, I am not sure whether the finish was correct.

11. When I spoke to representatives from Home Depot and Decora they insisted that it was the correct wood type (maple) and finish, that it was what I had ordered and that would darken over time to match the exemplar.

12. I learned later that it was the correct finish but the wrong wood type which caused the difference in color and consistency.

13. I found this out that the cabinets were not the same species of wood as the exemplar when the exemplar was dissected and it was determined to be cherry wood not maple.

By _Caterina Varrasso_
Caterina Varrasso, Plaintiff

Sworn to and subscribed
before me this ____ day
of ___Hay___ ,2018

_Barry L. Risch_
Notary Public

COMMONWEALTH OF PENNSYLVANIA
NOTARIAL SEAL
Barry L. Risch, Notary Public
South Buffalo Twp., Armstrong County
My Commission Expires Dec. 17, 2019
MEMBER, PENNSYLVANIA ASSOCIATION OF NOTARIES