# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CATERINA VARRASSO, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Civ. A. No. 17-01226 |
| v. ) | District Judge Nora Barry Fischer |
| ) | |
| HOME DEPOT U.S.A., INC. and ) | |
| MASTERBRAND CABINETS INC., ) | |
| ) | |
| Defendants. ) | |

## ORDER OF COURT

AND NOW, this 10th day of August, 2018, upon consideration of the Motion for Summary Judgement filed by Defendants Home Depot U.S.A., Inc. and Masterbrand Cabinets Inc. and the Brief in Support of same, (Docket Nos. [24] and [25]), and Plaintiff's Brief in Opposition, (Docket No. [29]), and after reviewing the allegations in the Plaintiff's Complaint, (Docket No. [1-2]),

IT IS HEREBY ORDERED, for the reasons stated in the accompanying Memorandum Opinion, that said Motion for Summary Judgment [24] is DENIED.

IT IS FURTHER ORDERED that:

1. Plaintiff shall file her pretrial statement on or before **August 24, 2018 at 12:00 p.m.**

2. Defendants shall file their pretrial statement on or before **September 7, 2018 at 12:00 p.m.**

3. The Court shall convene a status conference with lead trial counsel in this matter to discuss scheduling a trial date on **Monday, September 10, 2018 at 8:45 a.m.** in Courtroom 5B, Fifth Floor of the U.S. Post Office and Courthouse, 7th Avenue and Grant Street, Pittsburgh, PA 15219. Presence of the parties/principals is not required.

*/s/ Nora Barry Fischer*
Nora Barry Fischer
United States District Judge

Date: August 10, 2018